# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:24-CV-0645-S-BT |
| | § | |
| JARROD MARTIN, #23044578 | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Subsequently, Defendant filed a notice of interlocutory appeal [ECF No. 6]. Because a magistrate judge's report and recommendation is not an appealable order, any appeal of such report and recommendation before the district judge rules is frivolous. *See Woodards v. Michaels Cos.*, No. 4:20-cv-00696-O-BP, 2020 WL 5775823, at *2 (N.D. Tex. Aug. 27, 2020) (citing *Hill v. Dall. Cnty. Dist. Att'y's Off.*, 676 F. App'x 339 (5th Cir. 2017)), *adopted by* 2020 WL 5760172 (N.D. Tex. Sept. 28, 2020). Therefore, the Court retains jurisdiction over the case despite Defendant's interlocutory appeal. *See id.*

Defendant also filed objections. The District Court reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. By separate order, Defendant's criminal case will be remanded to state court.

**SO ORDERED.**

SIGNED May 2, 2024.

**UNITED STATES DISTRICT JUDGE**